**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RAYMOND SOLANO,            :   No. 72 EM 2019
                                 :
           Petitioner        :
                                 :
                                 :
           v.                 :
                                 :
                                 :
ROBERT GILMORE, SUPERINTENDENT   :
OF THE STATE CORRECTIONAL        :
INSTITUTION AT GREENE, ET AL.,      :
                                 :
           Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus ad Subjiciendum" is DENIED.